STATE OF IDAHO et al.,
Plaintiffs-Appellants,

v.

Cecil D. ANDRUS,* Secretary of the
Interior, Defendant-Appellee.

Nos. 77–1300, 77–1517.

United States Court of Appeals,
Ninth Circuit.

April 19, 1979.

Wayne L. Kidwell, Atty. Gen., Boise, Idaho, for plaintiffs-appellants.

Wilbur T. Nelson, U. S. Atty., Boise, Idaho, for defendant-appellee.

Before ELY and KILKENNY, Circuit Judges, and FERGUSON,** District Judge.

PER CURIAM:

Upon the basis of the carefully written opinion of Judge Anderson, reported at 417 F.Supp. 873 (1976), the judgment of the District Court is

AFFIRMED.

---

* Mr. Andrus is now the Secretary of the Interior. He has been substituted for the original appellee, a then party in his official capacity. Rule 43(c) Fed.R.App.P.

** Honorable Warren J. Ferguson, United States District Judge, Central District of California, sitting by designation.

■

UNITED STATES of America,
Plaintiff-Appellee,

v.

IMPERIAL IRRIGATION DISTRICT, a
corporation, Defendant-Appellee,

John M. Bryant et al.,
Defendants-Appellees,

State of California, Defendant-Appellee,

Ben Yellen et al., Appellants.

No. 71–2124.

United States Court of Appeals,
Ninth Circuit.

April 23, 1979.

ORDER MODIFYING OPINION

Before BROWNING and KOELSCH, Circuit Judges and WOLLENBERG * District Judge.

In our opinion of August 18, 1977, 559 F.2d 509, this Court reversed the judgment of the district court. In so doing, we failed to state that we affirm that portion of the trial court's decision, stipulated to by the parties, that the acreage limitation provisions of the reclamation law have no application to lands owned by the State of California in its Imperial Water Fowl Management Area.

ACCORDINGLY, IT IS HEREBY ORDERED that this Court's opinion of August 18, 1977, be modified such that the judgment of the district court is reversed, except insofar as it determines that the acreage limitation provisions of the reclamation law have no application to lands owned by the State of California in its Imperial Water Fowl Management Area.

---

* The Honorable Albert C. Wollenberg, Senior United States District Judge for the Northern District of California, sitting by designation.